# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:23-CV-00710-RJC-SCR

| | |
|---|---|
| SMASH FRANCHISE PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BARBER POWER LAW GROUP, PLLC, et. al., <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Dylan Ruga]" (Doc. No. 20) filed January 24, 2024. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 24, 2024

Susan C. Rodriguez
United States Magistrate Judge